■ In the Matter of LESHONTEE SPENCER, Petitioner, v BRENDA SOLOFF et al., Respondents. [849 NYS2d 870]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Tom, J.P., Saxe, Friedman and Buckley, JJ.